NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELBERT CALVIN GRIFFIN,　　　　　 )
DOC #761368,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No.  2D17-4448
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Hardee
County; Marcus J. Ezelle, Judge.

Elbert Calvin Griffin, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

　　　　　Affirmed.

SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.